# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTLAKE TECHNOLOGIES CO., PTE. LTD., YOTTA GAMES, INC., and DOES 1-25, inclusive <br><br> Defendants. | Civil Action No. 4:24-cv-1240-HSG <br><br> **ORDER ON JOINT STIPULATION REGARDING NOTICE OF SETTLEMENT AND BRIEF STAY OF LITIGATION DEADLINES PURSUANT TO LOCAL CIVIL RULE 6-1 (as modified)** |

The Court, having received the Joint Stipulation Regarding Notice of Settlement and Brief Stay of Litigation Deadlines Pursuant to Local Civil Rule 6-1 filed by Plaintiff Riot Games, Inc. ("Riot") and Defendants Westlake Technologies Co., Pte. Ltd. ("Westlake") and Yotta Games, Inc. ("Yotta") (collectively, "Defendants"), and good cause appearing, hereby orders that the following existing deadlines in this action shall be stayed for fourteen (14) days, such that the new deadlines are as follows:

| Event | Old Date | New Date |
|---|---|---|
| Defendants' response to complaint due (Dkt. Nos. 15, 16) | June 4, 2024 | June 18, 2024 |
| Case Management Conference Statement due (Dkt. No. 25) | June 11, 2024 | June 25, 2024 |
| Telephonic Case Management Conference at 2:00 p.m. (Dkt. No. 25) | June 18, 2024 | July 2, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED. The dial-in information and instructions remain the same as previously provided in docket no. 25.**

DATED: 6/5/2024

The Honorable Haywood S. Gilliam, Jr.
United States District Judge